**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

|  |  |
|---|---|
| IN RE:  **EVETTE E. DUKES (P45876)** | No. 09-MC-50160 |
| _____/ | Honorable Patrick J. Duggan |
|  | Honorable John Corbett O'Meara |
|  | Honorable Victoria A. Roberts |

## ORDER

On January 16, 2009, Evette E. Dukes was suspended from the practice of law in the State of Michigan for a period of thirty (30) days commencing February 7, 2009.

On February 19, 2009, Ms. Dukes was suspended from the practice of law before the United States District Court and United States Bankruptcy Court for the Eastern District of Michigan pursuant to E.D. Mich. L.R. 83.22.

Ms. Dukes was automatically reinstated to practice in the state courts on October 12, 2011 when she filed the requisite affidavit. On May 16, 2012, Ms. Dukes filed, with this court, an Affidavit of Reinstatement dated May 11, 2012. This affidavit avers that she has complied with the conditions set forth in her Order of Suspension from practicing in the state court and that, "After complying with the terms of my suspension, I received notice of automatic reinstatement on October 14, 2011 by the Disciplinary Board." In the "Affidavit of Reinstatement" dated May 11, 2012 and filed with this Court on May 16, 2012, Ms. Dukes requests to be reinstated to practice before the "federal bar." This "request" is deemed a petition for reinstatement and has been assigned to the undersigned panel.

On June 4, 2012, the Attorney Grievance Commission was notified that Ms. Dukes is seeking reinstatement of her license to practice law before the United States District Court and the Bankruptcy Courts of the Eastern District of Michigan. On June 8, 2012, the Attorney Grievance Commission notified this Court that Ms. Dukes was not subject to a reinstatement proceeding of the Michigan Attorney Discipline Board, and that she was automatically reinstated pursuant to MCL 9.123(A) on October 12, 2011 when she filed the requisite affidavit.

The panel has reviewed the "documents" relating to Ms. Dukes' suspension and is satisfied that no hearing is necessary. The Attorney Grievance Commission has not indicated any objection to Ms. Dukes' request to be reinstated to practice in the federal courts and the Court believes that her request for reinstatement should be granted.

Therefore,

**IT IS ORDERED** that Evette E. Dukes' license to practice law in the United States District Court and the United States Bankruptcy Court for the Eastern District of Michigan is hereby reinstated pursuant to E.D. Mich. L.R. 83.22.

Dated: August 1, 2012

          s/Patrick J. Duggan
          United States District Judge


          s/John Corbett O'Meara
          United States District Judge


          s/Victoria A. Roberts
          United States District Judge